# Riccardi, Appellant, *v.* Board of Adjustment.

Argued January 9, 1959. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN and MCBRIDE, JJ.

*Alphonso Santangelo,* for appellant.

*A. Benjamin Scirica,* for appellees.

OPINION PER CURIAM, March 16, 1959:

The judgment is affirmed on the opinion of Judge FORREST for the court below, reported at 16 Pa. D. & C. 2d 243.

Judgment affirmed.